**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez**

Civil Action No. 21-cv-1961-WJM-NYW

AMBI Distribution Corporation and
Haymaker Films, LLC,

    Plaintiffs,

v.

Doe a/k/a myflix,

    Defendant.

_____

**ORDER OF RECUSAL**
_____

    This matter is before the Court *sua sponte*.  I have a direct financial interest in nonparty Cloudflare, Inc. through ownership of Cloudflare common stock in my individual brokerage account.  In my judgment, there is a nonfrivolous legal argument that Cloudflare is a necessary party in this case under Rule 19.  On these facts, given my financial interest in Cloudflare, I FIND that pursuant to 28 U.S.C. §455(b)(4) and the Code of Conduct for United States Judges, my recusal in this matter is required.

    Accordingly, I hereby RECUSE myself from hearing this matter.  It is hereby ORDERED that the District Judge's file be returned to the Clerk's office in order for this case to be reassigned by random draw to a new presiding judge.

Dated this 10th day of August, 2021.

BY THE COURT:

_____
William J. Martínez
United States District Judge